JUN 12 2007 10:29 FR USMS CELLBLOCK    2023530675 TO WARRANT SQUAD    P.01/01
05/22/2007 07:38 FAX                   JUDGE CHARLES B D            PAGE 02/02
05/18/2007 18:53  3813440

Case 1:07-mj-00286-JMF   Document 1   Filed 06/12/2007   Page 1 of 1

07-286-M-01

# United States District Court
## District of Maryland

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| v. | |
| Emily Miller | Case No. 06-3638M |

**FILED**

JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Emily Miller** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

See Attached

in violation of Title United States Code 18, Section(s) 3606

| | |
|---|---|
| Charles B. Day | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Jill Waryu | April 12, 2007     Greenbelt, MD |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ No Recommendation | by _[signature]_ Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 06/12/07 | D.L. BALDWIN SDUSM | _[signature]_ |
| Date of Arrest 06/12/07 | | |

U.S. DISTRICT COURT (Rev 12/98)

07-286-M-01

**U.S. Probation and Pretrial Services**

# MEMORANDUM

| | | |
|---|---|---|
| **DATE:** | April 4, 2007 | RECEIVED IN THE CHAMBERS OF CHARLES B. DAY |
| **TO:** | The Honorable Charles B. Day<br>U.S. Magistrate Judge | APR 0 9 2007<br>UNITED STATES MAGISTRATE JUDGE |
| **FROM:** | Angela Barnes<br>U.S. Probation Officer | FILED |
| **RE:** | MILLER, Emily<br>CASE NUMBER: 06-3638M<br>VIOLATION REPORT-WARRANT REQUESTED | JUN 1 2 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Emily Miller appeared before Your Honor on November 27, 2006, for sentencing after a plea of guilty to Larceny. She was placed on probation for a period of two years. The following special conditions were imposed: (1) Pay a special assessment in the amount of $10.00; (2) Pay a processing fee in the amount of $25.00; (3) The defendant shall serve 90 days home detention.

As Ms. Miller resides in the District of Columbia at 1200 Delaware Avenue, S.W, Washington, D.C. 20024, her case was transferred on February 28, 2007. On April 4, 2007, Senior United States Probation Officer Danny Thomas advised that Ms. Miller allegedly violated the conditions of her probation.

Reference is made to the attached petition in which a warrant is requested, and Ms. Miller is charged with the following violations of probation:

1)  The defendant shall be placed on home detention for a period of 90 days and abide by all the requirements of the program which will include electronic monitoring or other location verification system. During this time the defendant shall be restricted to his/her place of residence except for activities approved in advance by the probation officer. The defendant shall maintain a telephone at hi/her place of residence without any 'call forwarding", "Caller I.D.", " call waiting", modems, answering machines, cordless telephones, or other special services for the above period. The government is to pay the costs of electronic monitoring portion of this sentence. The defendant may leave for work, counseling and one religious service per week

Miller, Emily
Page 2
Memorandum

Ms. Miller was installed on the home confinement program on March 26, 2007, and conditions of the home confinement program were explained to her by Senior U.S. Probation Officer Danny Thomas. Ms. Miller signed a copy of the conditions indicating that she understood the conditions of the program. Ms. Miller was provided a home confinement schedule to include employment and shopping for necessities.

On April 2, 2007, Ms. Miller was given permission to leave her home at 10:00 a.m. and return at 2:00 p.m. The home confinement database indicates that Ms. Miller left her home at 2:04 p.m., and has not returned. Her whereabouts are unknown. On April 3, 2007, Senior United States Probation Officer Danny Thomas conducted a home visit. He was advised by her roommate, Ralph Stoddard that he had not seen her since April 2, 2007.

2. **The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer (Violation of Standard Condition).**

On April 2, 2007, Ms. Miller was instructed to report to the probation officer at 12:00 p.m. She failed to report on April 2, 2007, and her whereabouts are unknown.

In regard to the special conditions, Mr. Miller served seven days on home confinement before absconding. The special assessment and processing remain unpaid.

In light of the above, it appears that Ms. Miller has absconded from supervision, therefore, a warrant for her arrest is respectfully requested.

Ms. Miller's address of record is

The government was represented Capt. Sophia Crawford.

Ms. Miller was represented by Holly Reed.


Attachment

PROB 12
(Rev. 3/88)

# United States District Court
## for the
## DISTRICT OF MARYLAND

U.S.A. vs. Emily Miller

Docket No.: 06-3638M

### Petition on Probation

COMES NOW **Angela E. Barnes** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Emily Miller** who was placed on supervision for **Larceny** by the Honorable ~~~ **Charles B. Day**, sitting in the court at **Greenbelt, Maryland**, on the **27th** day of **November 2006** who fixed the period of supervision at **two years**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

(1) $10.00 Special Assessment
(2) $25.00 processing fee
(3) 90 days home detention with electronic monitoring

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

**WHEREAS:** The probationer failed to abide by the requirements of the home detention program with electronic monitoring in Violation of Special Conditions.

**WHEREAS:** The probationer failed to follow the instructions of the probation officer in violation of Standard Conditions.

**PRAYING THAT THE COURT WILL ORDER** that the warrant issued for the arrest of Emily Miller.

ORDER OF COURT
Considered and ordered as prayed this _10th_ day of _April_, 2007 and ordered filed and made a part of the records in the above case.

_____
Charles B. Day
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Angela E. Barnes, U.S. Probation Officer

Place: Greenbelt, Maryland

Date: April 4, 2007